UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JOHN SMITH,

                    Plaintiff,                                    **ORDER**
                                                                           20-CV-1067 (RRM)

    -against-

UNITED STATES,

                    Defendant.
----------------------------------------------------------X
ROSLYNN R. MAUSKOPF, Chief United States District Judge:

       Plaintiff John Smith, an inmate of a federal prison, appearing *pro se*, filed this action pursuant to the Federal Tort Claims Act, seeking damages for loss of property. (Compl. (Doc. No. 1).) Smith failed to pay the $400 filing fee or file an *in forma pauperis* ("IFP") application to waive the filing fee and also failed to file a Prisoner Authorization form. In a letter dated February 27, 2020, the Clerk of Court notified Smith that in order to proceed with the action, he must either pay the filing fee or request to waive the filing fee by filing an IFP application and a Prisoner Authorization form. (Notice of Deficient Filing (Doc. No. 2).) The Clerk of Court included an IFP application and a Prisoner Authorization form and directed Smith to return both documents completed and signed or pay the filing fee of $400 within 14 days from receipt of the letter. (*Id.*) The Clerk's letter expressly warned Smith that his action could not proceed and might be dismissed if he failed to take the required actions within the 14-day period.

       To date, Smith has not responded to the Clerk's letter. Accordingly, the Court dismisses the action without prejudice. The Clerk of Court is respectfully directed to mail a copy of this Order to Smith, to note that mailing on the docket sheet, and to close this case.

                                                                                SO ORDERED.

Dated: Brooklyn, New York                        *Roslynn R. Mauskopf*
       October 19, 2020
                                                                    _____
                                                                    ROSLYNN R. MAUSKOPF
                                                                    Chief United States District Judge